**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | |
|---|---|
| DANIEL KING | : No. 2 MM 2017 |
| | : |
| v. | : |
| | : |
| HON. CHARLES B. BURR II, IN HIS | : |
| OFFICIAL CAPACITY AS JUDGE OF THE | : |
| COURT OF COMMON PLEAS OF | : |
| DELAWARE COUNTY | : |
| | : |
| | : |
| PETITION OF: DANIEL KING AND | : |
| THOMAS P. GANNON | : |

## ORDER

**PER CURIAM**

**AND NOW**, this 28th day of February, 2017, the Application for Leave to File Original Process is **GRANTED**, and the Petition for Writ of Prohibition is **DENIED**. The Application for Relief Pursuant to Pa.R.A.P. 123, filed by Riverwatch Condominium Owners Association, is **DISMISSED WITHOUT PREJUDICE**.

The Prothonotary is **DIRECTED** to strike the name of the jurist from the caption.

Furthermore, a Rule is issued upon Petitioners to show cause why they should not be barred from submitting any further filings in this Court relative to the civil action involving Riverwatch Condominium Owners Association, including any related orders concerning the awards of costs, as well as directives barring Thomas P. Gannon, Esquire, from representing Daniel King.

This Rule is **RETURNABLE** on March 14, 2017. Any replies shall be due ten days thereafter.

Jurisdiction is **RETAINED** pending consideration and disposition of the submissions relative to the Rule to Show Cause.